# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOE CURTIS HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-761-SLP |
| GRADY COUNTY LAW ENFORCEMENT CENTER, | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered November 13, 2019 [Doc. No. 7]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of January, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE